*E-FILED - 11/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND RODRIGUES, JR., | ) | No. C 06-4036 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| TOM CAREY, et al., | ) | |
| Respondents. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: 11/7/08

_____ for
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.06\Rodrigues036jud.wpd    1